170 A.3d 346

AMY SMOLINSKI AND JASON SMOLINSKI, PLAINTIFFS-RE-
SPONDENTS, v. RICHARD DICKES, DEFENDANT, AND
MARILYN GAESSER, DEFENDANT-PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000037–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

170 A.3d 347

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LEONARD FORD, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001871–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.